# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                          CASE NO: 1−13−46264−nhl

Marco Vinicio Navia Vera

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                             CHAPTER: 7

xxx−xx−6425

DEBTOR(s)

## FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice to Individual Consumer Debtor Under **§342(b)** of the Bankruptcy Code (Official Form B201)
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule I
- ☐ Schedule J
- ☐ Statement of Financial Affairs
- ☐ Statement of Monthly Means Test and Income Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: November 18, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521.jsp** [Final Deficiency Notice rev.08/20/09]